IN THE MATTER OF THE APPLICATION OF JOHN LOUIS
VASZORICH, FOR A WRIT OF HABEAS CORPUS.

Argued February 15, 1954—Decided March 1, 1954.

*Mr. Edward F. Juska* argued the cause for appellant.

*Mr. George A. Gray* argued the cause for respondent (*Mr.
J. Victor Carton*, Monmouth County Prosecutor, attorney).

PER CURIAM. Vaszorich appeals from an order of the
Law Division denying his application for a writ of *habeas
corpus*. He sought the writ upon the ground that the dis-
tribution to the jury panel outside his presence of the book-
let discussed at *pp.* 112–115 of our opinion affirming his
conviction upon his earlier appeal, *State v. Vaszorich*, 13

*N. J.* 99 (1953), *certiorari* denied 346 *U. S.* 900, 74 *S. Ct.* 219, 98 *L. Ed.* —— (1953), denied him due process and fundamental fairness in his trial. The denial of the application as without merit is affirmed. See *Snyder v. Commonwealth of Massachusetts*, 291 *U. S.* 97, 54 *S. Ct.* 330, 78 *L. Ed.* 674 (1934).

HEHER, WACHENFELD and BURLING, JJ., dissent and vote to reverse the judgment for the reasons stated on the disposition of the prior appeal, 13 *N. J.* 99.

*For affirmance*—Chief Justice VANDERBILT, and Justices OLIPHANT, JACOBS and BRENNAN—4.

*For reversal*—Justices HEHER, WACHENFELD and BURLING—3.